Alliance Energy Services, LLC
P. O. Box 999
Larose, LA 70373

Archrock Partners
P.O. Box 201160
Dallas, TX 75320

Boots Smith Oilfield Services, LLC
c/o Interstate Billing Svs
P.O. Drawer 2214
Decatur, AL 35609

Brothers Oilfield Services & Supply
P.O. Drawer #2351
Troy, MI 48007

Cardinal Coil Tubing, LLC
7514 Hwy 90 West
New Iberia, LA 70560

Deepwell Energy Services
P.O.BOX 2388
Alvin, TX 77512

Eminent Oil Tools
P.O. Box 82068
Lafayette, LA 70598

Fab-Con Inc
P.O. Box 520
Gonzales, LA 70707

George Metcalf Co., Inc
P.O. BOX 3075
Houma, LA 70361

Grand Isle Shipyard, Inc
P.O. Box 820
Galliano, LA 70354

Hancock Whitney Bank
P.O. BOX 23070
Columbus, GA 31902

Infinity Energy
122 Bourg Larose Highway
Bourg, LA 70343

Lafourche Parish Louisiana
P.O.BOX 679538
Dallas, TX 75267

Louisiana Delta Oil Co LLC
2303 Ranch Road 620 South
Suite 135 #362
Austin, TX 78734

Louisiana Department of Revenue
P O Box 4969
Baton Rouge, LA 70821

Moncla Workover & Drilling Ops LLC
Drawer #2351
P. O BOX 5935
Troy, MI 48007

Myrtle Grove Marina, L.L.C.
P.O. Box 531
Belle Chasse, LA 70037

Settoon Towing, LLC
P.O. Box 11407
Dept. 2088
Birmingham, AL 35246

Tacks Compression, LLC
1535 S. Morgan Avenue
Broussard, LA 70518

Total Pump & Supply LLC
P.O. Box 548
Carencro, LA 70520

State of Louisiana
P.O. Box 733676
Dallas TX 75373-0000

David Freeman
4914 Highway 13
Lumberton MS 39455-0000

Weatherford Artificial Lift Systems
P.O. Box 301003
Dallas TX 75303-1003

Start Leasing
72022B Live Oak Street
Covington LA 70433-0000

Louisiana Dept of Natural Resources
P.O. Box 94396
Baton Rouge LA 70804-0000

Kubota
P.O. BOX 0559
Carol Stream IL 60132-0000

HUB City Industries LLC
PO BOX 62265
Lafayette LA 70596-0000

Coastal Pipe of Louisiana
P.O. Box 99
Carencro LA 70520-0000

*U.S. Trustee*
**Office of the U.S. Trustee**
400 Poydras Street
Suite 2110
New Orleans, LA 70130