IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **MESA GULF COAST, LLC** | **19-12533**<br>Section A |
| DEBTOR(S) | CHAPTER 7<br>LIQUIDATION |

## ORDER

**IT IS ORDERED** that the action of Barbara Rivera-Fulton, Trustee, be approved, and that she is hereby authorized to abandon property of the estate described in her Trustee's Petition of Disclaimer and Abandonment and that the entry of this order shall be deemed to constitute the abandonment of said property by the Trustee.

New Orleans, Louisiana, June 16, 2020.

Hon. Meredith S. Grabill
U.S. Bankruptcy Judge